IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Browley, Perry D

Printed: 4/1/08

Case Number: 07 B 16729
Judge: Goldgar, A. Benjamin
Filed: 9/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 19, 2008
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,460.50 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 11,271.49 | 0.00 |
| 4. | B-Real LLC | Unsecured | 147.74 | 0.00 |
| 5. | B-Real LLC | Unsecured | 171.03 | 0.00 |
| 6. | St Mary of Nazareth Hospital | Unsecured | 1,396.96 | 0.00 |
| 7. | B-Real LLC | Unsecured | 177.09 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 499.96 | 0.00 |
| 9. | Verizon North | Unsecured | 636.59 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 8,601.74 | 0.00 |
| 11. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 12. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 13. | Harris & Harris | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Superior Asset Management | Unsecured |  | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,363.10 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Browley, Perry D

Printed:  4/1/08

Case Number:  07 B 16729
Judge:  Goldgar, A. Benjamin
Filed:  9/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

